**Opinion issued May 22, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00314-CR
_____

## IN RE THOMAS WAYNE FLORENCE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Thomas Wayne Florence has filed a petition for writ of mandamus, complaining that the trial court has not acted on an affidavit he claims to have filed in the trial court pursuant to Chapter 64 of the Texas Code of Criminal Procedure.[1]

---

[1] Relator's underlying criminal case is *State of Texas v. Thomas Wayne Florence*, cause no. 10-CR-1217, which was decided in the 56th District Court of Galveston County, the Honorable Lonnie Cox presiding, and affirmed on appeal by this Court in *Florence v. State*, No. 01-11-00822-CR, 2013 WL 3957696 (Tex. App— Houston [1st Dist.] July 30, 2013, no pet.) (mem. op., not designated for publication).

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.

Do not publish. TEX. R. APP. P. 47.2(b).